*Pro Se 1 2022*

FILED ___ LODGED
___ RECEIVED

FEB - 2 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Dylan R. Ryder

Plaintiff(s),

v.

United States of America,
Central Intelligence Agency
(C.I.A)

Defendant(s).

CASE NO. 3:24-CV-05091-TMC
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes ☒ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Dylan R. Ryder
Street Address: 20621 Bonanza dr E.
City and County: Bonney lake, Pierce County
State and Zip Code: Washington 98391
Telephone Number: 253 298 8659

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2022

1  B.   Defendant(s)

2  *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*
3
4
    Defendant No. 1
5
        Name                      Central Intelligence Agency (C.I.A.)
6       Job or Title *(if known)*
7       Street Address            1000 Colonial Farm Rd
        City and County           Mclean, Fairfax County
8       State and Zip Code        VA, 22101
9       Telephone Number          703-482-0623

10
    Defendant No. 2
11
        Name                      United States of America
12      Job or Title *(if known)*
13      Street Address
        City and County
14      State and Zip Code
15      Telephone Number

16
    Defendant No. 3
17
        Name
18      Job or Title *(if known)*
19      Street Address
        City and County
20      State and Zip Code
21      Telephone Number

22
23
24

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

1  Defendant No. 4

2      Name  _____
3      Job or Title *(if known)*  _____
       Street Address  _____
4      City and County  _____
5      State and Zip Code  _____
       Telephone Number  _____
6

7

8  **II.   BASIS FOR JURISDICTION**

9   Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
10  types of cases can be heard in federal court: cases involving a federal question and cases
11  involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under
12  the United States Constitution or federal laws or treaties is a federal question case.  Under 28
13  U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14  the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of
15  citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16  What is the basis for federal court jurisdiction? *(select all that apply)*

17  ☐  Federal question:               ☐  Diversity of citizenship:
       If checked complete section A.       If checked complete section B.

18  Fill out the paragraphs in this section that apply to this case.

19  A.  If the Basis for Jurisdiction Is a Federal Question

20  List the specific federal statutes, federal treaties, and/or provisions of the United States
21  Constitution that are at issue in this case. *Attach additional pages if needed.*

22

23

24

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2022

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____. Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

3 million dollars.

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

① harrassment, while under remote neural monitoring.
② abuse, while under remote neural monitoring.
③ rape, while under remote neural monitoring.
④ conspiracy.
⑤ mind control, while under remote neural monitoring.
⑥ gang-stalking while under remote neural monitoring.
⑦ false imprisonment, while under RNM
⑧ intimidation, while under RNM

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

① emotional damage, stress.
② monetary compensation.
③ eradication of criminal charges.
④ gun rights reinstated.
⑤ To be taken off remote neural monitoring.

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/02/2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Dylan Ryder

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6

## Statement of Claim

1. harrassment, while under remote neural monitoring.
2. Abuse, while under remote neural monitoring.
3. rape, while under remote neural monitoring through the use of vibrations and senses.
4. conspiracy, didnt stop certain behavior but made an effort to use brain manipulation to force actions and behavior.
5. mind control, techniques were used all together creating an unstable state of mind. as well as leading to false imprisonment.
6. gang-stalking, was being followed around by a few different people, creating bad situations in my head and my reality without knowing who was following me.
7. false imprisonment, was under certain manipulation techniques and situations leading to false imprisonment. manipulation of my brain function occured while i committed a crime.
8. intimidation, while under RNM.
9. torture, using certain brain manipulation techniques. as well as physical body manipulation.

waiting for subpoena to go through to get records of information for proof, FBI said (CIA) is the agency who has device patented for remote neural monitoring.

## Relief

① Emotional stress and damages I went through while being abused and tortured while in prison and jail without any way to escape. $2,000,000

② monetary compensation for time lost with loved ones, money I could have been earning $1,000,000

③ I would like my charges expunged off my record, including restraing order from my child.

④ I would like my gun rights reinstated as well as voting rights.

⑤ To be taken off remote Neural monitoring, I have made steps and am being a productive member of society.