1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

DYLAN R. RYDER,

7
                                    Plaintiff,                          Case No. 3:24-cv-05091-TMC

8
v.                                                                     ORDER

9
UNITED STATES OF
AMERICA, et al.,

10
                                    Defendants.

11

12
        The Court, having reviewed the Report and Recommendation of Magistrate

13
Theresa L. Fricke, objections to the Report and Recommendation, if any, and the

remaining record, does hereby find and ORDER:

14

15
        (1) The Court adopts the Report and Recommendation;

16
        (2) Plaintiff's application to proceed in forma pauperis (Dkt. 1) is DENIED; and

17
        (3) Plaintiff's action is DISMISSED without prejudice.

18

19
Dated this 16th day of April, 2024.

20

21

22
                                                        Tiffany M. Cartwright
                                                        United States District Judge

23

24

25

ORDER - 1