# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DYLAN R. RYDER,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:24-cv-05091-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Plaintiff's claim is dismissed without prejudice.

Dated this 16th day of April, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Tajma Eaton
Deputy Clerk
